UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-80139-CR-Ryskamp/Hopkins
21 USC 841(a)(1)
21 USC 841(b)(1)(A)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADOLFO SANTILLAN LOPEZ,

    Defendant.
_____/



FILED by _____ D.C.

SEP - 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 26, 2006, in Palm Beach County, in the Southern District of Florida, the defendant,

**ADOLFO SANTILLAN LOPEZ,**

did knowingly and intentionally distribute a controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of cocaine

and that the amount of the mixture and substance containing a detectable amount of cocaine was at least five (5) kilograms.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ADOLFO SANTILLAN LOPEZ,

              Defendant.
_____/

CASE NO. 06-80139-CR. Ryskamp/Hopkins

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   YES
   List language and/or dialect   SPANISH

FILED by ___ D.C.
SEP - 8 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)     (Check only one)

   I   0 to 5 days    _X_    Petty ___
   II   6 to 10 days    ___    Minor ___
   III   11 to 20 days    ___    Misdem. ___
   IV   21 to 60 days    ___    Felony _X_
   V   61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)   NO
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   YES
   If yes:
   Magistrate Case No.   06-8253-JMH
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   8/26/2006
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes _X_ No

_____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619

*Penalty Sheet(s) attached                          REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Adolfo Santillan Lopez

Case No: 06-80139-CR- Ryskamp/Hopkins

Count #: 1

Possession with intent to distribute cocaine

21 USC § 841(a)(1)

**\* Max.Penalty**: 10 Years to Life Imprisonment; $4 Million Fine

Count #:

\*Max. Penalty:

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

No._____

# UNITED STATES DISTRICT COURT

__Southern__ District of __Florida__

__Northern__ Division

## THE UNITED STATES OF AMERICA

vs.

**ADOLFO SANTILLAN LOPEZ**

## INDICTMENT

21 USC § 841(a)(1)
21 USC § 841(b)(1)(A)

A true bill.

_____
Foreperson

Filed in open court this ___Sept___ 8th day

of _____, A.D. 20 06

_____
Clerk

Bail $ _____

GPO 863 928