UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80139 CR RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Adolfo Santillan Lopez

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court on the Mandate from the United States Court of Appeals, filed March 18, 2008. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that the previously entered Judgment and Commitment order is hereby vacated and the re-sentencing hearing is set for April **17** 2008 at **10:30** a.m.

**DONE and ORDERED** in West Palm Beach, this **18** day of March, 2008.

cc: Counsel of record

KENNETH L. RYSKAMP
**UNITED STATES DISTRICT JUDGE**